BEFORE THE THIRD DIVISION, SEPTEMBER 13, 1951

No. 55880.—Naumes Forwarding Service v. United States, protest 169728–K/3223 (Chicago).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of chestnuts similar in all material respects to those the subject of *Naumes Forwarding Service* v. *United States* (24 Cust. Ct. 93, C. D. 1214), the claim for free entry under paragraph 1646 was sustained.

SEPTEMBER 11, 1951

No. 55881.—SUIT 4660.—LaManna Azema & Farnan, Inc. v. United States.— —C. D. 1248 reversed June 26, 1951. C. A. D. 461.

BEFORE THE FIRST DIVISION, SEPTEMBER 18, 1951

No. 55882.—Paramount Import Co., Inc., et al. v. United States, protests 144011–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55883.—Alster Jewelry Co. et al. v. United States, protests 148560–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.